1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11
   DARREN GILBERT,                        ) No.  1:22-cv-00115-JLT-SKO
12                                        )
             Plaintiff,                   ) **STIPULATION FOR DISMISSAL OF**
13                                        ) **ENTIRE ACTION**
       vs.                                )
14                                        )
   THREE GOLDEN INVESTMENTS, LLC;         )
15 RAMICO, INC dba WAFFLE SHOP; ROSS      )
   DRESS FOR LESS, INC. dba DD'S          )
16 DISCOUNTS #5356;                       )
                                          )
17           Defendants.                  )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20 _____)

**IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and Defendants, Three Golden Investments, LLC; Ross Dress for Less, Inc.; and Ramico, Inc, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: July  , 2022                                        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: July 6, 2022                                        GORDON REES SCULLY
                                                           MANSUKHANI, LLP

*/s/ Nima Nayebi*
Linda M. Moroney
Nima Nayebi
Attorneys for Defendants,
Three Golden Investments, LLC; and Ross Dress for Less, Inc.

Dated: July 6, 2022                                        VAUGHAN & ASSOCIATES LAW
                                                           OFFICE, APC

*/s/ Cris C. Vaughan*
Cris C. Vaughan
Khushpreet R. Mehton
Attorneys for Defendant, Ramico, Inc

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert